Priority ——
Send ——
Enter ——
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ——
Scan Only ——

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF HEMET; HEMET POLICE DEPARTMENT; and DOES 1 through 10, Inclusive,<br><br>      Defendants. | Case No. CV11-03518-RGK-AJWx<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[PROPOSED]<br><br>Hon. R. Gary Klausner |

IT IS HEREBY ORDERED that, as a result of the parties having settled this case, the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Dated: __06·07__, 2012

                    Honorable R. Gary Klausner
                    United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4822-7223-1951 v1

- 1 -

CV11-03518-RGK-AJWx